UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.   22-CR-33 (JDB) |
| v. | : | |
| TONIO CALHOUN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Tonio Calhoun, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1).

### Statement of Facts

On February 14, 2022, an employee of the file hosting service company Dropbox reported to the National Center for Missing and Exploited Children ("NCMEC") that Dropbox user #1922420000 (later determined to be the defendant, Tonio Calhoun) uploaded a video depicting suspected child pornography to the Dropbox servers. The video was labeled "falko. . .mkv(1)," hereafter "VIDEO 1."[1] The employee reported that VIDEO 1 had been uploaded to the defendant's Dropbox account on February 12, 2022. After reporting the Dropbox user and VIDEO 1 to NCMEC, on February 14, 2022, Dropbox shutdown the account.

---

[1] The full title of the file is known to law enforcement, but it is redacted here in an effort to prevent the further dissemination of child pornography.

1

VIDEO 1 is a thirty minute and forty-six seconds long, compilation style video that depicts the sexual abuse of several prepubescent girls. The children can be seen having their vaginas penetrated by erect adult penises, having their mouths penetrated by erect adult penises, and being ejaculated on. One child – approximately six years' old – is shown wearing a blindfold, with her hands bound together, while an adult females rub the child's breast and genital or pubic area. The child can be observed crying during portions of the video. The video also shows the child's genital area being manipulated by an adult hand. The file was labeled "falko...mkv(1)" and concludes with "film IV PISS SCAT VIOLENCE contact me..."

Federal agents obtained a warrant to search the defendant's Dropbox Account (Account 1922420000). In response to the warrant, Dropbox provided two files, one which included the active account data for the defendant's account and another which included its deleted files.[2] The account's active files folder contained word documents labeled "Tonio Calhoun Testimony" and "Tonio Testimony," and a PDF labeled "Tonio Calhoun Resume – FOOD SERVICE 9-15-18." The defendant's deleted files folder included VIDEO 1. The deleted files folder also contained a second video labeled, "1644673061811577_(pthc)...kids (3m3s)(2)" (hereinafter "VIDEO 2").[3]

VIDEO 2 is a three minute and three seconds long, compilation style video. VIDEO 2 shows prepubescent girls having their mouths penetrated by erect adult penises, the girls rubbing erect adult penises, and the girls having their genitals penetrated by adult male fingers. The last portion of VIDEO 2 shows an adult penis rubbing against the exposed vagina of a prepubescent little girl.

---

[2] Dropbox allows users to access items in their deleted items folder for a period of 30 days.

[3] Law enforcement knows the acronym "pthc" stands for "pre-teen hard core" and refers to materials that depict the sexual abuse of prepubescent children.

On June 15, 2022, law enforcement executed a search warrant at the defendant's residence. They recovered a Samsung Cell Phone from his home and one from his person, each capable of accessing the internet. Law enforcement further recovered 19 envelopes containing photographs of young female children and teenage girls. In many of these photographs, the minor girl was partially dressed, wearing either underwear or a bathing suit. The children were also often posed in such a way that their partially clothed buttock or vagina was the focal point of the image.

Additionally, law enforcement recovered a composition book, written by the defendant, containing descriptions of potential story lines for movies depicting the sexual abuse and exploitation of very young children. For example, in this book the defendant wrote:

"Kindergarten C**ts[4] – scenes of hardcore sex featuring five-year-old girls in different settings ranging from kindergarten class, to daycare, to the family home. Straight man + girl and woman + girl action."

"Backdoor B****es – scenes of hardcore sex featuring preteen girls ranging in age from six to twelve years old and focusing exclusively on anal sex. Straight man + girl scenes only."

"Bukkake Bedlam – scenes of hardcore sex featuring preteen girls in gangbang situations."

"Blonde Paradise – scenes of hardcore sex featuring only blonde preteens. Straight man + girl scenes and woman + girl scenes."

"Sex Ed 101 – scenes of hardcore sex featuring girls ranging in age from six to twelve years old. All action happens on school grounds: classroom, principal's office, etc. Straight man + girl scenes and woman + girl scenes."

On the defendant's cellular phones, law enforcement recovered over 100 additional images depicting child pornography, including images depicting infants and toddlers. One such image

---

[4] For the purposes of this statement, asterisks have replaced the full spelling of the word.

shows a toddler fully nude, laying on her back with her legs spread open while an adult male penis penetrates her vagina. Another image depicts a toddler with her face turned toward the camera as her mouth is penetrated by an erect adult male penis. Other images show children having their mouths, vaginas and anuses being penetrated by adult hands and penises. Law enforcement also recovered over 100 images of child erotica, depicting girls ranging from young toddlers to teenagers. Some images depict these little girls wearing thong style underwear, often posed in such a way that the child's buttocks is the focal point of the image. Additional images depict children wearing underwear or swimsuit bottoms, posed with their legs open, and positioned in a way that the focal point of the image is on the child's genital or pubic area.

In case 12-CR-218 (JDB), the defendant was convicted of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2). Among other conduct, detailed in case 12-CR-218 (JDB), ECF No. 16, the defendant's devices and accounts contained child pornography. His phone contained approximately 25 videos of child pornography and his laptop computer contained at least 2 videos and 2 images depicting child pornography. His email account contained approximately 59 videos and 330 images depicting child pornography. The defendant pleaded guilty on October 25, 2012, and he was sentenced on January 17, 2013 to 100 months' incarceration and 120 months of supervised released. He was required to register as a sex offender for a period of 15 years.

Respectfully,

MATHEW GRAVES
UNITED STATES ATTORNEY

*/s/ Meredith E. Mayer-Dempsey*
Meredith E. Mayer-Dempsey
Assistant United States Attorney

Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGEMENT

I, Tonio Calhoun, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: 1/25/23

Tonio Calhoun
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Jan. 25, 2023

Nathan Silver, Esq.
Attorney for the Defendant